**No. 55363.**—C. S. Emery & Company *v.* United States, protest 107116–K (St. Albans, Vt.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.